HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. O. R. DRAKE, Respondent.— Order affirmed, without costs. All concur.

HARRY L. ALLEN, as Trustee in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. A. L. FARNUM, Respondent.— Order affirmed, without costs. All concur.

HARRY L. ALLEN, as Trustee n Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION, INC., Bankrupt, Appellant, v. BENJAMIN H. CAMPBELL, Respondent.— Order affirmed, without costs. All concur.